THOMAS HOVANESIAN ET AL. *v.* ZONING BOARD OF
APPEALS OF THE CITY OF NEW BRITAIN

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Andrew S. Aharonian,* assistant corporation counsel, for the appellee (defendant).

*Daniel J. Hagearty, Jr.,* for the appellant (plaintiff).

Argued February 4—decided February 4, 1969

KAREN L. IVEY *v.* ARTHUR R. IVEY

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Helen F. Krause,* for the appellee (plaintiff).

*Howard T. Owens, Jr.,* for the appellant (defendant).

Argued February 4—decided February 4, 1969

ABE STEINBRECHER *v.* FAIRFIELD COUNTY TRUST COMPANY

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sidney Vogel,* in support of the petition.

*Lawrence P. Dennin, Jr.,* in opposition.

Submitted December 24, 1968—decided February 4, 1969